**Joseph DIXON, Appellant,**

v.

**EQUICREDIT CORPORATION; Bank of America, suing as Bank of America Illinois TR, Appellees.**

No. 02–2631.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 28, 2003.

Decided Dec. 8, 2003.

Joseph Dixon, pro se, Minneapolis, MN, for Plaintiff–Appellant.

Thomas Edward Harms, Moss & Barnett, Minneapolis, MN, Lawrence Paul Zielke, Shapiro & Nordmeyer, Edina, MN, for Defendants–Appellees.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

[UNPUBLISHED]

PER CURIAM.

Joseph Dixon appeals the district court's[1] adverse grant of summary judgment in his lawsuit against EquiCredit Corporation and Bank of America Illinois TR, arising out of a near property foreclosure. We grant Dixon's motion for review without a transcript. Having carefully reviewed the record, *see Rowe v. Union Planters Bank of Southeast Mo.,* 289 F.3d 533, 535 (8th Cir.2002) (standard of review), we agree with the district court that Dixon failed to rebut defendants' evidence so as to create trialworthy issues on the multiple federal and state claims he raised in his complaint. We also find no abuse of discretion in the district court's imposition of sanctions against Dixon. *See Ivy v. Kimbrough,* 115 F.3d 550, 553 (8th Cir. 1997) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

BYE, Circuit Judge, concurring in part and dissenting in part.

I would reverse the district court's decision to sanction an indigent defendant in a foreclosure case, and dissent from that portion of the majority opinion. I agree with the majority's opinion in all other respects.

---

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.